UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
IN RE:                              )
                                    )
THE BLUFFS SENIOR HOUSING           )
DEVELOPMENT, etc.,                  )
                                    )
            Debtor.                 )
_____)
MICHAEL D. MCGRANAHAN, etc.,        )
                                    )
                                    )
            Plaintiff,              )     1:04-cv-5330 OWW
                                    )
     v.                             )
                                    )
MODESTO IRRIGATION DISTRICT,        )     ORDER DISMISSING ACTION
etc., et al.,                       )
                                    )
            Defendant               )
_____)
```

On April 22, 2005, an Order To Show Cause was issued as to why the Court should not dismiss Count II without prejudice and why the action should not be dismissed.

The Court having been advised that no party intends to pursue this cause of action,

IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE.

1

```
Dated:    5/24/05                /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge
```

2