(3)
Michael C. Normoyle, Esq. #100039
814 14th Street, Suite A
Modesto, CA 95354
(209) 521-6453
(209) 578-3607 (Fax)

Joel A. Goldman, Esq., #41367
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa Street, #1200
Los Angeles, CA 90012
(213) 250-1800
(213) 250-7900 (fax)

Attorneys for The Bluffs Senior Housing Development, LLC.

**FILED**
2005 JUN 16 P 12 55
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

**LODGED**
JUN 10 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: CIV.F-04-5330 OWW |
| THE BLUFFS, SENIOR HOUSING DEVELOPMENT, LLC, a California Limited Liability Company | SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| Debtor. | |
| MICHAEL D. MCGRANAHAN, Chapter 7 Trustee, | |
| Plaintiff(s), | |
| vs. | |
| MODESTO IRRIGATION DISTRICT, a public utility, WILLIAM M. KETSCHER, a public utility employee, | |
| Defendant(s). | |

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED that The Bluffs Senior Housing Development, LLC makes the following substitution:

**Former Legal Representation**:   Joel A. Goldman, Esq., #41367

**New Legal Representation:**     Michael C. Normoyle, Esq., State Bar No. 100039

**New Counsel Information for Plaintiff The Bluffs Senior Housing Development, LLC:**

Michael C. Normoyle, Esq.
814 14th Street, Suite A
Modesto, CA  95354
(209) 521-6453
(209) 578-3607 (fax)
email:  mcnormoyle@bigvalley.net
State Bar No. 100039

We, Managing Members of The Bluffs Senior Housing Development, LLC, consent to the above substitution of attorney in the instant action.

The Bluffs Senior Housing Development, LLC.

Dated: June 3, 2005     By /s/ Kenneth G. Lemings — MANAGING MEMBER
                                KENNETH G. LEMINGS, Managing Member

Dated: June 3, 2005     By /s/ Merle R. Alldrin — MANAGING MEMBER
                                MERLE R. ALLDRIN, Managing Member

I consent to this substitution.

Lewis, Brisbois, Bisgarrd & Smith, LLP

Dated: June 7, 2005     By: /s/ Joel A. Goldman
                                JOEL A. GOLDMAN, Esq.

-2-
*Substitution of Attorney and Order Thereon*

1   I accept this substitution.

3   Dated: June 6, 2005                By: _____
                                            MICHAEL C. NORMOYLE, Esq.

**IT IS SO ORDERED:**

Dated: 6-14-05                              _____
                                            OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE